UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SRA, INC. ) | BANKRUPTCY NO.: 05-64233 |
| ) | |
| Debtor ) | |

**NOTICE OF DEPOSIT OF LESS THAN $5.00
TO UNITED STATES BANKRUPTCY COURT
CLERK'S REGISTRY CHECKING ACCOUNT**

Comes now Daniel L. Freeland, Trustee and applies to the Court as follows:

1. I am the Trustee for the estate of the above-named Debtor(s).

2. Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each:

Creditor: Northern Indiana Public Service Company
Claim No.: 2
Amount of Distribution: $1.26

Creditor: Thomas Fetzko
Claim No.: 4
Amount of Distribution: $3.28

3. Pursuant to FRBP 3010 the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 to paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

Dated: May 25, 2010

/s/ Daniel L. Freeland
Daniel L. Freeland, Trustee
9105 Indianapolis Blvd.
Highland, IN 46322
Telephone: (219) 922-0800

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2010, a true and complete copy of the above document was served by:

Electronic Notice on: United States Trustee
and by regular first class mail upon:
Northern Indiana Public Service Company, Attn Revenue Assurance & Recovery, 801 E. 86th Avenue
    Merrillville IN 46410
THOMAS FETZKO DBA LEISURE TIME VENDING, 2737 GARFIELD, Highland, IN 46322

/s/ Daniel L. Freeland
Daniel L. Freeland, Trustee