UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                )
                      )
SRA, INC.             )     CASE NO.: 05-64233
                      )     <u>CHAPTER 7 BANKRUPTCY</u>
                      )
     Debtor(s)        )

## <u>NOTICE OF DEPOSIT OF UNCLAIMED FUNDS</u>

Comes now Daniel L. Freeland and respectfully represents and shows:

1.  That I am the Trustee for the estate of the above-named Debtor(s).

2.  That pursuant to the Claims Distribution Summary, I made distribution to the persons named and in the amount set out therein.

3.  That one of the distribution payment checks, namely Check No. 10109, dated May 5, 2010 in the amount of $468.24 was mailed to the payee thereof, namely Estate of Francisco M. Rojas, Jr., c/o David S. Gladish, 9696 Gordon Drive, Highland, IN 46322.

4.  That said check has never been presented for payment and is therefore stale, and pursuant to §347 of the Bankruptcy Code, all unclaimed monies should be paid into the Court; and accordingly I am tendering herewith my Check No. 10111 in said amount payable to the Clerk, U.S. Bankruptcy Court.

Dated August 9, 2010

    /s/ Daniel L. Freeland
Daniel L. Freeland, Trustee
9105 Indianapolis Boulevard
Highland, IN 46322
Telephone: (219) 922-0800

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 9, 2010, service of a true and complete copy of the above document was served by:

Electronic Notice on: United States Trustee
David S. Gladish
and by regular first class mail upon:
SRA, Inc. 1251 177th Place, Hammond, IN 46324

/s/ Daniel L. Freeland
Daniel L. Freeland, Trustee